# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2022-0095, <u>State of New Hampshire v. Chris Bonollo</u>, the court on February 1, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, Chris Bonollo, appeals a decision of the Circuit Court (<u>Prevett</u>, J.), following a bench trial, finding him guilty of violation-level reckless driving. <u>See</u> RSA 265:79 (Supp. 2022). Based upon our review of the record submitted on appeal, including the transcript of the bench trial and the court's ruling, as well as the parties' arguments and the relevant law, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**